B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Central District of California - Los Angeles Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MediaShift, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-1373949** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**600 N Brand Blvd., Suite 230**<br>**Glendale, CA**<br><br>ZIP Code **91203** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MediaShift, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**MediaShift, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ron Bender**
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Address

**(310) 229-1234**
Telephone Number

**September 30, 2015          143364**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rick Baran**
Signature of Authorized Individual

**Rick Baran**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 30, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **MediaShift, Inc.**

Debtor(s)

Case No.

Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Eastward Capital Partners V, LP 432 Cherry St. West Newton, MA 02465 | Eastward Capital Partners V, LP 432 Cherry St. West Newton, MA 02465 (617) 969-6700 | | | 2,322,385.10 |
| Stradling Yocca Carlson & Rauth 660 Newport Center Dr. Suite 1600 Newport Beach, CA 92660-6441 | Stradling Yocca Carlson & Rauth 660 Newport Center Dr. Suite 1600 Newport Beach, CA 92660-6441 (949) 725-4000 | | | 291,830.21 |
| Winthrop Couchot Professional Corporatio 660 Newport Center Drive, Fourth Floor Newport Beach, CA 92660 | Winthrop Couchot Professional Corporatio 660 Newport Center Drive, Fourth Floor Newport Beach, CA 92660 (949) 720-4100 | | | 147,666.76 |
| Glenn Lebowitz 1212 Suffield Dr. McLean, VA 22601 | Glenn Lebowitz 1212 Suffield Dr. McLean, VA 22601 (703) 624-8316 | | | 100,000.00 |
| Barry R Gosnell 8130 Boone Blvd Vienna, VA 22182 | Barry R Gosnell 8130 Boone Blvd Vienna, VA 22182 | | | 100,000.00 |
| Lotame Solutions Inc. 8850 Stanford Blvd, Ste 2000 Columbia, MD 21045 | Lotame Solutions Inc. 8850 Stanford Blvd, Ste 2000 Columbia, MD 21045 (410) 379-2195 | | | 88,169.44 |
| Phil Usher 531 N Louise #204 Glendale, CA 91206 | Phil Usher 531 N Louise #204 Glendale, CA 91206 (702) 588-2624 | | | 69,919.10 |
| Spencer Edwards, Inc. PO Box 3087 Greenwood, CO 80155-3087 | Spencer Edwards, Inc. PO Box 3087 Greenwood, CO 80155-3087 (303) 740-8448 | | | 69,300.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **MediaShift, Inc.**                                      Case No. _____
                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Essenture Incorporated**<br>**19349 Flavian Ave**<br>**Torrance, CA 90503** | **Essenture Incorporated**<br>**19349 Flavian Ave**<br>**Torrance, CA 90503**<br>**(310) 951-5228** | | | **65,250.00** |
| **Venkat Nimmagadda**<br>**23805 Kensington Ct.**<br>**West Hills, CA 91307** | **Venkat Nimmagadda**<br>**23805 Kensington Ct.**<br>**West Hills, CA 91307**<br>**(818) 564-9188** | | | **60,520.04** |
| **Chris Hartley**<br>**4005 The Strand**<br>**Manhattan Beach, CA 90266** | **Chris Hartley**<br>**4005 The Strand**<br>**Manhattan Beach, CA 90266**<br>**(310) 499-8352** | | | **56,652.27** |
| **David Eastman**<br>**PO Box 980670**<br>**Park City, UT 84098** | **David Eastman**<br>**PO Box 980670**<br>**Park City, UT 84098** | | | **54,173.99** |
| **Ian Peters**<br>**17219 Tribune Ste**<br>**Granada Hills, CA 91344** | **Ian Peters**<br>**17219 Tribune Ste**<br>**Granada Hills, CA 91344**<br>**(818) 233-3172** | | | **54,101.77** |
| **Tracy Norton**<br>**711 Royal Stewart Dr.**<br>**Placentia, CA 92870** | **Tracy Norton**<br>**711 Royal Stewart Dr.**<br>**Placentia, CA 92870**<br>**(714) 262-6855** | | | **49,149.83** |
| **Richard Silverberg**<br>**516 Sunflower**<br>**Lake Forest, CA 92630** | **Richard Silverberg**<br>**516 Sunflower**<br>**Lake Forest, CA 92630**<br>**(949) 705-4160** | | | **49,149.83** |
| **Matt Yerington**<br>**PO Box 161**<br>**Bolinas, CA 94924** | **Matt Yerington**<br>**PO Box 161**<br>**Bolinas, CA 94924**<br>**(415) 999-5900** | | | **46,565.69** |
| **Molly Hughes**<br>**3265 Brookview Dr.**<br>**Marietta, GA 30068** | **Molly Hughes**<br>**3265 Brookview Dr.**<br>**Marietta, GA 30068**<br>**(404) 931-9599** | | | **44,629.43** |
| **Marshall Taggart**<br>**794 Miller Run**<br>**Atlanta, GA 30349** | **Marshall Taggart**<br>**794 Miller Run**<br>**Atlanta, GA 30349**<br>**(404) 989-5027** | | | **40,008.04** |
| **Talent Merchants, Inc.**<br>**1155 S Grand Ave Ste 1802**<br>**Los Angeles, CA 90015** | **Talent Merchants, Inc.**<br>**1155 S Grand Ave Ste 1802**<br>**Los Angeles, CA 90015**<br>**(510) 251-9665** | | | **34,125.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **MediaShift, Inc.**                                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ronald N. Vance & Associates, P.C.<br>1656 Reunion Ave. , Suite 250<br>South Jordan, UT 84095 | Ronald N. Vance & Associates, P.C.<br>1656 Reunion Ave. , Suite 250<br>South Jordan, UT 84095<br>(801) 446-8802 | | | 31,962.31 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 30, 2015**                     Signature   **/s/ Rick Baran**
                                                              **Rick Baran**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Glendale**                                    , California.          **/s/ Rick Baran**
                                                                                      **Rick Baran**
Date:         **September 30, 2015**                                                  Signature of Debtor


                                                                                      Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2012_                         _Page 1_                    **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **143364** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>        **MediaShift, Inc.** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**14**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 30, 2015**　　　　　　　　　　　**/s/ Rick Baran**
　　　　　　　　　　　　　　　　　　　　　　　Debtor's signature

Date: **September 30, 2015**

　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor's signature (if applicable)

Date: **September 30, 2015**　　　　　　　　　　　**/s/ Ron Bender**
　　　　　　　　　　　　　　　　　　　　　　　Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*　　　　　　　　　　　　　　　　**F 1007-1.MAILING.LIST.VERIFICATION**

MediaShift, Inc.
600 N Brand Blvd., Suite 230
Glendale, CA 91203


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Aaron Guerrero
5444 Sepulveda Blvd. #208
Sherman Oaks, CA 91411


AFCO
PO Box 887200
Los Angeles, CA 90088-7200


Alan David Morgan
11450 Calvert Ave Apt 6
North Hollywood, CA 91606


Alternative Business Accomodations
1650 Broadway Suite 501
New York, NY 10019


Amplify Roundtables
22337 Pacific Coast Highway , Suite 488
Malibu, CA 90265


AON Risk Insurance
PO Box 849832
Los Angeles, CA 90084-9832

Arete Advisors
8875 Research Drive
Irvine, CA 92618


Barry R Gosnell
8130 Boone Blvd
Vienna, VA 22182


Bingham McCutchen LLP
PO Box 3486
Boston, MA 02241-3486


Broadridge
PO Box 416423
Boston, MA 02241


Business Wire, Inc.
Department 34182
PO Box 39000
San Francisco, CA 94139


Chad Payne
310 Marguerite Unit B
Corona Del Mar, CA 92625


Charles Kirby
PO Box 3087
Greenwood Village, CO 80155


Chris Hartley
4005 The Strand
Manhattan Beach, CA 90266

City of Newport Beach - Revenue Dept
PO Box 3080
Newport Beach, CA 92660-1519


Corporate Stock Transfer Inc.
3200 Cherry Creek Dr. South, Suite 430
Denver, CO 80209


Cox Padmore Skolnik & Shakarchy, LP
630 Third Ave, 19th Floor
New York, NY 10017-6735


CPA Global Limited
2318 Mill Road, 12th Floor
Alexandria, VA 22314


Damon Flowers
835 Walton Ave
Bronx, NY 10451


Darin Ganitch
7800 Topanga Canyon Blvd #305
Canoga Park, CA 91304


Dave Grant
22391 Rosebriar
Mission Viejo, CA 92692


David Eastman
PO Box 980670
Park City, UT 84098

David Grant
22391 Rosebriar
Mission Viejo, CA 92692


Del Risk Inc. DBA TDC Risk Management
1440 Arrowhead Drive
Maumee, OH 43537


Don Larson
500 Ford Road
St. Louis Park, MN 55426


Eastward Capital Partners V, LP
432 Cherry St.
West Newton, MA 02465


Elevation Fund
PO Box 3087
Greenwood Village, CO 80155-3087


Elevation Fund LLC
PO Box 3087
Greenwood Village, CO 80155-3087


Elevation Fund, LLC
5825 E. Irish Place
Centennial, CO 80112


Empire Stock Transfer
1859 Whitney Mesa Dr.
Henderson, NV 89014

Eric Bauer
18 Falabella Dr.
Ladera Ranch, CA 92694


Essenture Incorporated
19349 Flavian Ave
Torrance, CA 90503


Fast Pay Partners, LLC
9300 Wilshire Blvd., Suite 500
Beverly Hills, CA 90212


Fisk Investments LLC
4550 Cherry Creek Dr.
South Glendale, CO 80246


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257


Glenn Lebowitz
1212 Suffield Dr.
McLean, VA 22601


Great American Group Corporate Valuation
21860 Burbank Blvd., #300 South
Woodland Hills, CA 91367


GTT Communications Inc., fka UNSi
7900 Tysons One Place Suite 1450
Mclean, VA 22102

Harrison Grant
22391 Rosebriar
Mission Viejo, CA 92692


Hein & Associates, LLP
100 Spectrum Center Drive, Suite 650
Irvine, CA 92618


Hunter Capital
PO Box 682500
Park City, UT 84068


iab
116 East 27th Street , 7th Floor
New York, NY 10016


Ian Peters
17219 Tribune Ste
Granada Hills, CA 91344


James A. Veldkamp
2324 S. Clayton Street
Denver, CO 80210


James T. Bell
198 W Haviland Lane
Stamford, CT 06903


JMW Fund LLC
4 Richland Place
Pasadena, CA 91103

John R. Marco Jr.
3110 Vail Ave
Redondo Beach, CA 90278


Kearney Holdings LLC
5825 E Irish Place
Centennial, CO 80112


Kevin Potter
9704 Mill Run Dr
Great Falls, VA 22066


Kirby Enterprise Fund LLC
8525 Irish Place
Centennial, CO 80112


Kirby Enterprises Fund LLC
PO Box 3087
Greenwood Village, CO 80155-3087


Kitty Hang
1822-A E. Route 66
PMB #455
Glendora, CA 91740


Law Offices of Aaron A. Grunfeld
1100 Glendon Ave, Suite 850
Los Angeles, CA 90255


Lawrence Cable Service
20705 S. Western Ave. , Suite 104
Torrance, CA 90501

Linda Ebrahimian
14104 Summertime Lane
Culver City, CA 90230


Lotame Solutions Inc.
8850 Stanford Blvd, Ste 2000
Columbia, MD 21045


Marshall Taggart
794 Miller Run
Atlanta, GA 30349


Matt Yerington
PO Box 161
Bolinas, CA 94924


McGladrey LLP
1185 Ave of the Americas
New York, NY 10036


Mediashift Holdings, Inc.
4550 Cherry Creek Dr.
South Glendale, CO 80246


Mediashift Holdings, Inc.
4500 Cherry Creek Drive South
Suite 550
Denver, CO 80246


MegaPath
DEPT 0324
PO Box 120324
Dallas, TX 75312-0324

Michael Spalter
24218 Wembley Ct.
Valencia, CA 91355


Mike Spalter
24218 Wembley Ct.
Valencia, CA 91355


Molly Hughes
3265 Brookview Dr.
Marietta, GA 30068


Moss-Adams LLP
PO Box 748369
Los Angeles, CA 90074-8369


National Registered Agents, Inc.
PO Box 4349
Carol Stream, IL 60197-4349


Neohire Inc
1750 14th Street, Suite D
Santa Monica, CA 90404


Parr Brown Gee & Loveless, PC
PO Box 11019
Salt Lake City, UT 84147


Paul Wasserman
4 Elizabeth Ct
Briarcliff, NY 10510

Phil Usher
531 N Louise #204
Glendale, CA 91206


PhoCusWright Inc
PO BOX 150414 , Dept: 106086
Hartford,, CT 06115-0414


Pillsbury Winthrop Shaw Pittman LLP
PO Box 601240
Charlotte, NC 28260-1240


Pinedale Operations
PO Box 3087
Greenwood Village, CO 80155-3087


Pioneer Capital an FSE Corp
7545 Irvine Center Drive Suite 200
Irvine, CA 92618


PR Newswire Association LLC
PO Box 5897
New York, NY 10087-5897


PublicEase Inc.
7668 El Camino Real, #104-284
Carlsbad, CA 92009


Radix Collective LLC
12132 Herbert St.
Los Angeles, CA 90066

Randall M. Gates
415 Auburn Lane
Sierra Madre, CA 91024


Richard Silverberg
516 Sunflower
Lake Forest, CA 92630


Richard Silverberg
106 Peony
Irvine, CA 92618


Richland Fund, LLC
4 Richland Place
Pasadena, CA 91103


Rick Baran
14 Daystar
Irvine, CA 92612


Robert Burg
15695 N. 83rd Way
Scottsdale, AZ 85260


Ronald N. Vance & Associates, P.C.
1656 Reunion Ave. , Suite 250
South Jordan, UT 84095


Salesforce.com
PO Box 203141
Dallas, TX 75320-3141

Sanjeev Kuwadekar
18223 Charlton Ln.
Northridge, CA 91326


Shift CRM Inc.
155 Gordon Baker Rd, Ste 206
Toranto, ON M2H3N5


Skyline Partners, International, LLC
1815 S Washington Street
Denver, CO 80210


Spencer Edwards, Inc.
PO Box 3087
Greenwood, CO 80155-3087


STE Holdings, LLC
845 Third Ave, 6th Floor
New York, NY 10022


Stradling Yocca Carlson & Rauth
660 Newport Center Dr. Suite 1600
Newport Beach, CA 92660-6441


Strategic Business Communications
1979 Marcus Ave. , Suite 210
Lake Success, NY 11042-1022


Talent Merchants, Inc.
1155 S Grand Ave Ste 1802
Los Angeles, CA 90015

Thanut  Nik  Leckuthai
3208 Chico Ave
El Monte, CA 91733


The Hartford
PO Box 660916
Dallas, TX 75266-0916


Tim Wong
620 E Angeleno Ave #V
Burbank, CA 91501


Tracy Norton
711 Royal Stewart Dr.
Placentia, CA 92870


Typecraft
2040 E. Walnut Street
Pasadena, CA 91107


Venkat Nimmagadda
23805 Kensington Ct.
West Hills, CA 91307


West Hampton Special Situations
Fund, LLC
5825 Irish Place
Englewood, CO 80112


West Hampton Special Situations Fund LLC
PO Box 3087
Greenwood Village, CO 80155-3087

Winthrop Couchot Professional Corporatio
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660


Wisco America Company Limited
20062 Birch St. , Suite 300
Newport Beach, CA 92660


Word Express Transportation
2110 Artesia Blvd #803
Redondo Beach, CA 90278

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ron Bender**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**143364**<br><br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>    **MediaShift, Inc.**<br><br>                       Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1006-1(h)]** |

| | | |
|---|---|---|
| ✔ | Petition, statement of affairs, schedules or lists | Date Filed: **September 30, 2015** |
| | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| | Other: *(specify):* _____ | Date Filed: _____ |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**September 30, 2015**
_____
Date

_____
Signature of authorized signatory of Filing Party

**Rick Baran**
_____
Printed Name of Authorized Signatory of Filing Party

**President**
_____
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

**September 30, 2015**
_____
Date

_____
Signature of attorney for Filing Party

**Ron Bender 143364**
_____
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1002-1.DEC.ELEC.FILING.CORP**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ron Bender**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**143364**<br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>   **MediaShift, Inc.**<br><br>                            Debtor(s). | **ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1006-1(h)]** |

☑ Petition, statement of affairs, schedules or lists      Date Filed: **September 30, 2015**
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: *(specify):* _____     Date Filed: _____

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**September 30, 2015**
Date

_____
Signature of authorized signatory of Filing Party

**Rick Baran**
Printed Name of Authorized Signatory of Filing Party

**President**
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part I - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

**September 30, 2015**
Date

_____
Signature of attorney for Filing Party

**Ron Bender 143364**
Printed Name of attorney for Filing Party

## RESOLUTIONS AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY CASE
## AND RELATED MATTERS

**NOW THEREFORE, BE IT RESOLVED**, that the Board of Directors of MediaShift, Inc. (the "**Company**"), after having considered the outstanding liabilities and assets of the Company, the Company's inability to meet its debts as they become due, the Company's fiduciary duties to its creditors and alternatives currently available to the Company, have determined that it is advisable and in the interests of the Company and its creditors to file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER**, that either Rick Baran, David Grant or John Grant (the "**Responsible Parties**") are hereby authorized to execute and cause to be filed a bankruptcy petition (and all related documents and papers) under Chapter 11 of the Bankruptcy Code to enable the Company to commence a Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Parties are hereby authorized and directed, in the name of the Company, to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy petition and representing the Company in the Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Parties are hereby authorized to employ, in the name of the Company, any other professionals to represent or assist the Company in connection with the bankruptcy case that the Responsible Parties deem to be in the best interests of the Company;

**RESOLVED FURTHER**, that the Responsible Parties are hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Parties deem necessary and proper in connection with the bankruptcy case;

**RESOLVED FURTHER**, that the authority granted to the Responsible Parties pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the bankruptcy case shall include, but not be limited to, seeking Bankruptcy Court approval for the Company to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization.

Dated: September 25, 2015

_____
Rick Baran

_____
David Grant

_____
John Grant