PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
DARE LAW, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@*usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

MEDIASHIFT, INC.,

                                    Debtor.

Case No.: 2:bk-15-25024-SK

Chapter 11

NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: 11/6/15

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Jill M. Sturtevant
Jill M. Sturtevant
Assistant United States Trustee

1

| | |
|---|---|
| 1 | **EXHIBIT "A"** |

In re: MEDIASHIFT, INC.; 2:15-bk-25024-SK

| | |
|---|---|
| Essenture Incorporated<br>Attn: Brad Commins, President<br>19349 Flauian Avenue<br>Torrance, CA 90503<br>Telephone: (310) 951-5228<br>E-mail: brad.commins@essenture.net | |
| Glenn Lebowitz<br>1212 Suffield Drive<br>McLean, VA 22101<br>Telephone: (703) 624-8316<br>E-mail: glebowitz2@verizon.net | Counsel for Glenn Lebowitz<br>Michael Gottfried<br>1801 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Telephone: (310) 557-0050<br>E-mail: mgottfried@lgbfirm.com |
| Winthrop Couchot, PC<br>Attn: Andy Levin<br>660 Newport Center Drive<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Facsimile: (949) 720-4111 | |
| Ian Peters<br>7219 Tribune Street<br>Granada Hills, CA 91344<br>Telephone: (818) 233-3172<br>E-mail: ian.peters@gmail.com | |
| Eastward Capital Partners Venture, LP<br>Attn: Edward Dresner, Investment Partner<br>432 Cherry Street<br>W. Newton, MA 02465<br>Telephone: (617) 969-6700<br>Facsimile: (617) 969-7900<br>E-mail: edward@eastwardcp.com | |

///

///

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 5, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **November 5, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 5, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5, 2015 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Todd M Arnold | Counsel for Debtor | tma@lnbyb.com |
| Ron Bender | Counsel for Debtor | rb@lnbyb.com |
| Stephen L Burton | Counsel for Creditor | steveburtonlaw@aol.com |
| Cathrine M Castaldi | Interested Party | ccastaldi@brownrudnick.com |
| Michael I Gottfried | Interested arty | mgottfried@lgbfirm.com, kalandy@lgbfirm.com; cboyias@lgbfirm.com; rspahnn@lgbfirm.com; srichmond@lgbfirm.com |
| Dare Law | Counsel for U.S. Trustee | dare.law@usdoj.gov, ron.maroko@usdoj.gov |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |
| Aleksandra Zimonjic | Interested Party | azimonjic@lgbfirm.com, cboyias@lgbfirm.com; sdeiches@lgbfirm.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
**MediaShift, Inc.**
600 N. Brand Blvd.
Suite 230
Glendale, CA 91203

**Committee of Creditors:**
Essenture Incorporated
Attn: Brad Commins, President
19349 Flauian Avenue
Torrance, CA  90503

Glenn Lebowitz
1212 Suffield Drive
McLean, VA  22101

Winthrop Couchot, PC
Attn: Andy Levin
660 Newport Center Drive
Newport Beach, CA  92660

Ian Peters
7219 Tribune Street
Granada Hills, CA 91344

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Eastward Capital Partners Venture, LP
Attn: Edward Dresner, Investment Partner
432 Cherry Street
W. Newton, MA  02465

3.  **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE